COM.

v.

**FASSNACHT, C.**

**259 MDA 2017**

Superior Court of Pennsylvania.

08/31/2017

CP–36–CR–0000895–2015

CP–36–CR–0002763–2007

CP–36–CR–0003473–2008

CP–36–CR–0005913–2014

(Lancaster)

Affirmed

COM.

v.

**GALBREATH, R.**

**404 MDA 2017**

Superior Court of Pennsylvania.

08/31/2017

CP–28–CR–0001168–2012

CP–28–CR–0001202–2012

(Franklin)

Affirmed

COM.

v.

**GALBREATH, R.**

**405 MDA 2017**

Superior Court of Pennsylvania.

08/31/2017

CP–28–CR–0001168–2012

CP–28–CR–0001202–2012

(Franklin)

Affirmed

COM.

v.

**JONES, G.**

**1180 WDA 2016**

Superior Court of Pennsylvania.

08/31/2017

CP–02–CR–0000410–1977

(Allegheny)

Affirmed

